# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLACIDO VALDEZ, ON BEHALF OF HIMSELF AND OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)
Petitioner(s)

- against -

KRINIS REST. CORP. D/B/A LYRIC RESTAURANT

Defendant(s)
Respondent(s)

INDEX #:
07 CIV 6924
DATE FILED:
08/01/2007

JUDGE:
STEIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/15/2007, 12:08PM at 283 3RD AVENUE, NEW YORK NY 10001, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT & JURY DEMAND on KRINIS REST. CORP. D/B/A LYRIC RESTAURANT, a defendant in the above action.

By delivering to and leaving with JOHN SOPASOUDAKIS at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M Approximate age 55 Approximate height 5'06" Approximate weight 190 Color of skin WHITE Color of hair BALDING GREY
Other GLASSES

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

Tony Conigliaro

TONY CONIGLIARO License # 1220476

Sworn to before me on 08/16/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009