UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PLACIDO VALDEZ, Individually and on Behalf : 07 Civ. 6924 (SHS)
of all Other Persons Similarly Situated,     :
                                             : **NOTICE OF**
         Plaintiff,                          : **APPEARANCE**
                                             :
  -against-                                 : **ECF CASE**
                                             :
KRINIS REST. CORP. d/b/a LYRIC               :
RESTAURANT, a New York corporation           :
                                             :
         Defendant.                          :
-------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Kindly enter my appearance as counsel in this case for defendant Krinis Restaurant Corp. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
       September 10, 2007

                                    BERKE-WEISS & PECHMAN LLP

                                    By:_____
                                    Louis Pechman (LP-6395)
                                    488 Madison Avenue
                                    New York, NY 10022
                                    (212) 583-9500
                                    *Attorneys for Defendant*