

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

PLACIDO VALDEZ, Individually and on Behalf :
of all Other Persons Similarly Situated,           :
                                                   :
                    Plaintiff,                     :
                                                   :
        -against-                                  :
                                                   :
KRINIS REST. CORP d/b/a LYRIC                      :
RESTAURANT, a New York corporation                 :
                                                   :
                    Defendant.                     :

-------------------------------------------------------------X

07 Civ. 6924 (SHS)

**STIPULATION
AND ORDER**

**ECF CASE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for plaintiff and for defendant, that defendant's time to answer or otherwise

move in response to the Complaint in the above-captioned matter be, and hereby is,

extended until October 12, 2007. *The initial pretrial conference is adjourned*

Dated:  New York, New York       *to 10/19/07, at 10:30 a.m.*
        September 10, 2007


THE LAW OFFICE OF                          BERKE-WEISS & PECHMAN LLP
JUSTIN A. ZELLER, P.C.


By: _____               By: _____
    Justin A. Zeller (JZ-7094)                 Louis Pechman (LP-6395)
    222 Broadway, 19th Floor                   488 Madison Avenue, 11th Floor
    New York, NY 10017                         New York, NY 10022
    (212) 860-9169                             (212) 583-9500
    *Attorney for Plaintiff*                   *Attorneys for Defendant*



_____
So Ordered   9/11/07