Case 1:07-cv-06924-SHS    Document 7    Filed 10/18/2006 36pm   Page 1 of 1

RECEIVED

OCT 1 2 2007

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

**BERKE-WEISS & PECHMAN LLP**

A T T O R N E Y S    A T    L A W

488 MADISON AVENUE, NEW YORK, NEW YORK 10022
212-583-9500 • FAX 212-308-8582

www.bwp-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/07

October 12, 2007

**VIA FAX 212-805-7924**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

> Re:    *Placido Valdez v. Krinis Rest. Corp d/b/a Lyric Restaurant*
>        07 Civ. 6924 (SHS)

Dear Judge Stein:

We represent defendant Krinis Restaurant Corp. in the above-referenced case pending before Your Honor. This letter is to request a brief postponement for the initial case management conference that is scheduled for October 19, 2007. We are requesting a postponement because on that day I will be attending a conference in New Orleans.

Justin Zeller, counsel for plaintiff has no objections to this request. Both parties are available on the following Friday, October 26 (after 11:00 A.M.), and Friday, November 2, for the conference.

Thank you for your consideration of this request.

Respectfully submitted,

Louis Pechman

LP/atb

cc: Justin A. Zeller, Esq. (via fax)

The conference is adjourned to 10/26/07, at 11:30a.m.

SO ORDERED 10/18/07

SIDNEY H. STEIN
U.S.D.J.