```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PLACIDO VALDEZ,                        :        07 Civ. 6924 (SHS)

                Plaintiff,         :

    -against-                         :        ORDER

KRINIS REST. CORP.,                    :

                Defendant.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the next pretrial conference will take place on November 30, 2007, at 10:00 a.m., unless a stipulation of dismissal has been filed before that date.

Dated: New York, New York
       October 26, 2007

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.