UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Placido Valdez,

           Plaintiff(s),

           -against-

Krinis Rest. Corp.,

           Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

ORDER OF DISCONTINUANCE

07 Civ. 6924 (SHS)(FM)

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               November 29, 2007

                                                      _____
                                                      FRANK MAAS
                                               United States Magistrate Judge

_____       _____
Attorney(s) for Plaintiff Placido Valdez      Attorney(s) for Defendant Krinis Rest. Corp.
Justin A. Zeller, Esq.                                 Louis Pechman, Esq.

Agreed and Consented to:                     Agreed and Consented to:

_____       _____
Placido Valdez                                                       George Kalogerakis