**MEMO ENDORSED**

THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
JAZELLER@ZELLERLEGAL.COM

December 27, 2007

**VIA FAX**

Hon. Frank Maas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Valdez v. Krinis Rest. Corp.,
     Docket No. 07 cv 6924 (SHS)(FM)

Dear Judge Maas:

> The deadline t restoring the case to the calendar is extended an additional thirty days.
>
> Telfam, USMJ,
> 12/27/07

The undersigned is counsel to Plaintiff in the above referenced matter. On November 29, 2007, a settlement conference was held before Your Honor, at which time the above matter was settled with consent of all parties. The Court issued the attached Order of Discontinuance allowing the parties to restore the case within thirty (30) days.

Due to some complications in finalizing the settlement agreement, I respectfully request that the above matter either (1) be restored to the Court's calendar, or (2) that the Court kindly extend the restoration date by an additional thirty days.

I thank the Court for Its time.

Respectfully submitted,

Justin A. Zeller

Encl.
Cc: Lou Pechman (via fax)
Berke-Weiss & Pechman LLP
Fax: (212) 308-8582